**EXHIBIT 13**



Real Action Paintball Inc
2215 Ringwood Avenue
San Jose, CA 95131 USA
(408) 434-0434
www.RAP4.com



Invoice#: 160237
Date: 08-31-2012

Order Number: 160237
Order Date: 08/31/2012
Payment Method: CyberSource
Shipping Method: USPS Priority Mail

### PDF Invoice

**BILL TO:** [REDACTED]

**SHIP TO:** [REDACTED]

| Qty | SKU/Location | Products | Price | Discount | Total |
|---|---|---|---|---|---|
| 1 | SKU: 005122<br>Loc: O041020 | NEW .43 Caliber Paintball Alloy Casings (Bag 500)<br>S/N#: | $14.00 | 0.00% | $14.00 |
| 1 | SKU: 015948<br>Loc: PK015948 | Less Lethal Live Agent Rounds | $17.49 | 0.00% | $17.49 |
| 2 | SKU: 000481<br>Loc: M011005 | .43 Cal Pre-case Rubber Ball (40 rounds)<br>S/N#: | $3.25 | 0.00% | $6.50 |
| 1 | SKU: 003469<br>Loc: Z017-13-TBG4 | #13 Rear Cap Handguard Secure Screw (2x) (M3x4)<br>S/N#: | $2.60 | 0.00% | $2.60 |
| 1 | SKU: 015221<br>Loc: Z015-13-TBG7 | #13 Rear Cap Handguard Secure Screw (2x) (M3x8)<br>S/N#: | $2.60 | 0.00% | $2.60 |

Sub-Total: $43.19
Tax: $0.00
USPS Priority Mail: $18.60
Total: **$61.79**

**REDACTED**

RAP40104