UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-04050-MEJ<br><br>**ORDER RE: CHAMBERS COPIES**<br><br>Re: Dkt. No. 45 |

Pending before the Court is Plaintiff United Tactical Systems' Motion for Preliminary Injunction.. Dkt. No. 27. Although Defendants e-filed an Opposition (Dkt. No. 45), no chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders. *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James. Defendants shall immediately submit a chambers copy of the above-referenced document. ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

    **IT IS SO ORDERED.**

Dated: October 29, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge