UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>   Defendants. | Case No.  14-cv-04050-MEJ<br><br>**ORDER RE: CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 53-56 |

Pending before the Court is Plaintiff's Reply in Support of its Motion for Order to Show Cause Regarding Preliminary Injunction and related documents.  Dkt. Nos. 53-56.  No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders.  *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James.  Plaintiff shall immediately submit a chambers copy of the above-referenced documents.  ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge