UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-04050-MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER RE: CONSOLIDATION** |

    This matter is currently scheduled for a Case Management Conference on December 11, 2014.  However, the Court issued its preliminary injunction order three days ago, and it appears that the parties have been unable to agree on a joint case management statement.  Accordingly, the Court VACATES the December 11 CMC.

    Based on the issues raised in this case and the related case, *Real Action Paintball, Inc. v. Advanced Tactical Ordnance Systems, LLC*, 14-cv-02435-MEJ, it appears that consolidation pursuant to Federal Rule of Civil Procedure 42 may be appropriate.  Accordingly, the Court ORDERS the parties to meet and confer by December 18, 2014, and thereafter file a joint statement by December 30, 2014, informing the Court as to their positions on consolidation.  The Court shall issue a scheduling order after review of the parties' statement.

    **IT IS SO ORDERED.**

Dated: December 5, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge