UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>    Defendants.<br><br>AND RELATED ACTION AND CROSS ACTION | Case No. 14-cv-04050-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. Nos. 158, 159, 162 |

This matter is currently scheduled for a hearing on August 13, 2015 regarding Real Action Paintball, Inc., et al.'s Motion to Accept and Hold Security (Dkt. No. 158), and United Tactical Systems, LLC, et al.'s Motion to Dismiss (Dkt. No. 159) and Motion to Strike (Dkt. No. 162). Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument and hereby **VACATES** August 13, 2015 hearing. The matters are deemed under submission.

    **IT IS SO ORDERED.**

Dated: August 6, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge