UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>                    Defendants.<br>───────────────────────────<br>AND RELATED ACTION AND CROSS<br>ACTION | Case No. 14-cv-04050-MEJ<br><br>**ORDER TO RE-FILE REDACTED<br>DOCUMENT**<br><br>Re: Dkt. Nos. 186, 192-2 |

In response to the Court's recent Order concerning various Motions to Seal (Sealing Order, Dkt. No. 186), Real Action Paintball, Inc. ("Real Action") re-filed a redacted version of its earlier filed Opposition to the Motions to Dismiss for Lack of Personal Jurisdiction (original Opp'n, Dkt. No. 131) as well as a document supporting that Opposition: a letter concerning the ATO-Sun agreement with proposed settlement terms (original letter, Dkt. No. 131-9).  Dkt. Nos. 192-1 (redacted letter), 192-2 (redacted Opp'n).  In its Sealing Order, the Court found that the letter contains only one paragraph on the last page that constitutes sealable material and ordered Real Action to re-file this document, redacting only the following portion: on the last page of the letter (page 3), the second-to-last paragraph's last line, starting with "Conrad" and concluding "by Plaintiff."  Sealing Order at 5-6.  The Sealing Order also sealed a number of documents that Real Action had cited in its Opposition, and as such, the Court ordered Real Action to re-file the Opposition "in accordance with th[e Sealing] Order[.]"  *Id.* at 7.

Real Action properly re-filed a redacted form of the letter (Dkt. No. 192-1) but re-filed its Opposition without redacting the very same language sealed and redacted in the letter.  *See* Dkt.

No. 192-2 at 7 (citing Exhibit 9 to Real Action's Opp'n to Mots. to Dismiss for Lack of Personal Jurisdiction, i.e., Dkt. No. 131-9).  The Court therefore seals that document at Dkt. No. 192-2 and **ORDERS** Real Action to re-file its Opposition in accordance with this Order and the Court's previous Sealing Order—in other words, Real Action must redact its Opposition to ensure that nothing the Court has sealed is made public.  Real Action must re-file this document **by November 23, 2015**.

As a final note, if in the future any of the parties publicly file documents that the Court has sealed, the Court will consider sanctions, regardless of whether that filing was intentional or merely negligent.  All parties <u>must</u> ensure that they fully comply with the Court's Orders.

**IT IS SO ORDERED.**

Dated: November 16, 2015

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California