UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED ACTION AND CROSS ACTION | Case No. 14-cv-04050-MEJ<br><br>**ORDER TO RE-FILE APON AGREEMENT**<br><br>Re: Dkt. Nos. 173, 196 |

The Court is in receipt of Notice by Advanced Tactical Ordnance, LLC ("ATO") stating it has no objection to the public filing of the settlement agreement between APON, Inc. and ATO (the "APON Agreement") (unredacted document at Dkt. No. 173-5). *See* Notice, Dkt. No. 196. Real Action Paintball, Inc. ("Real Action") previously filed an Administrative Motion to Seal the APON Agreement believing ATO sought to designate it as confidential. *See* Dkt. No. 173. Given ATO's Notice, however, the Court finds the APON Agreement should be filed in the public record. Accordingly, Real Action is **ORDERED** to re-file the APON Agreement in the public record in the above-captioned matter **by December 1, 2015**.

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge