UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED ACTION AND CROSS ACTION | Case No. 14-cv-04050-MEJ<br><br>**ORDER VACATING HEARING RE: MOTION TO DISMISS AND MOTION TO LIFT DISCOVERY STAY**<br><br>Re: Dkt. Nos. 193, 203 |

Real Action Paintball, Inc. and its principal, K.T. Tran, filed multiple counterclaims in this matter (Second Am. Counterclaim ("SACC"), Dkt. No. 198), which United Tactical Systems, LLC ("UTS") and related Counter-Defendants now move to dismiss in part pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 203. Also pending before the Court is Real Action and K.T. Tran's Motion for an Order to Lift the Stay on discovery. Dkt. No. 193. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument and hereby **VACATES** the February 11, 2016 hearing. These matters are deemed under submission, and a related Order is forthcoming.

**IT IS SO ORDERED.**

Dated: February 9, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　United States Magistrate Judge