UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED ACTION AND CROSS ACTION | Case No. 14-cv-04050-MEJ<br><br>**ORDER VACATING CMC HEARING; CASE MANAGEMENT ORDER FORTHCOMING**<br><br>Re: Dkt. No. 216 |

　　　The March 10, 2016 Case Management Conference is hereby **VACATED**. The Court's Case Management Order pursuant to Federal Rule of Civil Procedure 16(b) is forthcoming.

　　**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge