UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>    Defendants.<br><br>AND RELATED ACTION AND CROSS ACTION | Case No. 14-cv-04050-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 213 |

    This matter is currently scheduled for a hearing on April 7, 2016 regarding Counter-Defendants' Motion for Attorneys' Fees. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby **VACATES** the April 7, 2016 hearing. The matter is deemed under submission.

    **IT IS SO ORDERED.**

Dated: March 30, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge