UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED ACTION AND CROSS ACTION | Case No. 14-cv-04050-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. Nos. 241, 247 |

　　　　This matter is currently scheduled for a hearing on July 14, 2016 regarding Real Action Paintball, Inc. and K.T. Tran's (collectively "Real Action") Motion for Leave to File a Third Amended Counterclaim, as well as Real Action's Motion for Leave to File a First Amended Answer and Affirmative Defenses. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument and hereby **VACATES** the July 14, 2016 hearing. The matters are deemed under submission.

　　　　**IT IS SO ORDERED.**

Dated: July 8, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge