UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC, a Delaware company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REAL ACTION PAINTBALL, INC., a California corporation; and K. T. TRAN, individually,<br><br>　　　　　Defendants.<br><br>AND COUNTERCLAIMS | CASE NO. 3:14-cv-04050-MEJ<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Ct. Rm:　　B – 15th Floor<br>Judge:　　Hon. Maria-Elena James |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having considered the Parties' Stipulation Re Briefing Schedule on Cross-Motions
2  for Summary Judgment and good cause appearing therefrom, **IT IS HEREBY ORDERED**
3  that:
4  The briefing schedule and page limits on the Parties' cross-motions for summary
5  judgment pursuant to Judge Spero's Order shall be set as follows:
6      UTS Motion for Summary Judgment: Oct. 6, 2016 (35 pages)
7      RAP Cross-Motion / Opposition: Nov. 3, 2016 (55 pages)
8      UTS Reply / Opposition: Dec. 1, 2016 (40 pages)
9      RAP Reply: Dec. 12, 2016 (20 pages)
10     Hearing on Cross-Motions: December 15, 2016 @ 10:00 a.m.

12 **IT IS SO ORDERED**

14 Dated: __September 7__, 2016    By: _____
                                      Maria-Elena James

**MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT**

1

[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT