B. Douglas Robbins (219413)
WOOD ROBBINS, LLP
One Post Street, Suite 800
San Francisco, California 94104
T:  415.247.7900; F:  415.247.7901
drobbins@woodrobbins.com

Paul B. Overhauser (PHV)
OVERHAUSER LAW OFFICES LLC
740 West Green Meadows Drive, Suite 300
Greenfield IN 46140
T: 317.891.1500; F: 866.283.8549
poverhauser@overhauser.com

**Attorneys for Defendants and Counterclaimants REAL ACTION PAINTBALL, INC. and K.T. TRAN**

MICHAEL L. BLUMENTHAL (PHV)
mike@mmblumenthal.com
MILTON M. BLUMENTHAL & ASSOC.
Attorneys at Law
105 W. Madison Street, Suite 1004
Chicago, Illinois  60602
Telephone:     (312) 372-3566
Facsimile:     (312) 372-3573

JOHN C. KIRKE, #175055
jkirke@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520

DON HOWARTH, # 53783
dhowarth@howarth-smith.com
PADRAIC GLASPY, #259563
pglaspy@howarth-smith.com
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014

**Attorneys for Plaintiff and Counter-Defendants**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC, a Delaware company,<br><br>    Plaintiff,<br><br>v.<br><br>REAL ACTION PAINTBALL, INC., a California corporation; and K. T. TRAN, an individual,<br><br>    Defendants. | Case No. 3:14-cv-04050 MEJ (NJV)<br><br>[~~PROPOSED~~] **ORDER RE JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| REAL ACTION PAINTBALL, INC., a California corporation; and K. T. TRAN, an individual,<br><br>    Counterclaimants,<br><br>v.<br><br>ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC; PERFECT CIRCLE PROJECTILES LLC;  GARY GIBSON; | **N.D. Cal. Civ. L.R. 79-5**<br><br>Date:        Submitted Without Hearing<br>Time:       Submitted Without Hearing<br>Ct. Rm.:   B, 15th Floor<br>Judge:      Maria Elena James |

| | |
|---|---|
| 1 | TIBERIUS ARMS LLC; TACTICAL AIR GAMES, INC.; TYLER TIBERIUS; MICHAEL BLUMENTHAL; DAVID PIELL; UNITED TACTICAL SYSTEMS, LLC; UNITED TACTICAL SYSTEMS HOLDINGS, LLC; UNITED TACTICAL SYSTEMS INTERMEDIATE HOLDINGS, LLC; and ROBERT N. TRGOVICH in his capacity as Clerk of Court, |
| 6 | Counter-Defendants. |

Defendants and Counterclaimants, REAL ACTION PAINTBALL, INC., and K.T. TRAN (collectively "Real Action"), and Plaintiff and Counter-Defendants, ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, PERFECT CIRCLE PROJECTILES LLC, GARY GIBSON, TACTICAL AIR GAMES, INC., TYLER TIBERIUS, UNITED TACTICAL SYSTEMS, LLC, UNITED TACTICAL SYSTEMS HOLDINGS, LLC, and UNITED TACTICAL SYSTEMS INTERMEDIATE HOLDINGS, LLC (collectively "Counter-Defendants") jointly submitted an Administrative Motion to File Document Under Seal in connection with Real Action's Motion for Relief from Nondispositive Pretrial Order re Docket Nos. 286 and 287 of Magistrate Judge, which Motion is opposed by Plaintiff and Counter-Defendants.

This Administrative Motion was unopposed.

Having heard and considered the Administrative Motion, having examined the evidence in support, and having heard the arguments of counsel on the papers with respect thereto, and having found good cause, the COURT HEREBY ORDERS AS FOLLOWS:

1. The document at issue, Asset Purchase Agreement, July 25, 2014, IS HEREBY SEALED.

SO ORDERED,

Dated: __November 1__, 2016    By: _____
                                    Maria-Elena James
                                    **MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT**