MICHAEL BLUMENTHAL (PHV)
mike@mmblumenthal.com
MILTON M. BLUMENTHAL & ASSOC.
Attorneys at Law
105 West Madison St., Suite 1004
Chicago, IL 60602
Telephone: (312) 372-3566
Facsimile: (312) 372-3573

JOHN C. KIRKE, #175055
jkirke@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiff and
Counter-Defendant

B. DOUGLAS ROBBINS (219413)
WOOD ROBBINS, LLP
One Post Street, Suite 800
San Francisco, California 94104
Telephone: 415.247.7900
drobbins@woodrobbins.com

PAUL B. OVERHAUSER
OVERHAUSER LAW OFFICES, LLC
740 W. Green Meadows Dr., Suite 300
Greenfield, IN 46140
Telephone: 317.467.9100
poverhauser@overhauser.com
Pro Hac Vice

Attorneys for Defendants and Counter-Claimants
REAL ACTION PAINTBALL, INC. and K.T. TRAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC, a Delaware company,<br><br>Plaintiff,<br><br>v.<br><br>REAL ACTION PAINTBALL, INC., a California corporation, and K.T. TRAN, individually,<br><br>Defendants. | Case No. 3:14-cv-04050<br><br>**JOINT STATUS REPORT** |
| REAL ACTION PAINTBALL, INC., a California corporation; and K. T. TRAN, individually,<br><br>Counter-Claimants,<br><br>v.<br><br>ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC; PERFECT CIRCLE PROJECTILES LLC; GARY GIBSON; | |



DATED: 5/15/2017

| TACTICAL AIR GAMES, INC.; TYLER TIBERIUS; MICHAEL BLUMENTHAL; DAVID PIELL; UNITED TACTICAL SYSTEMS, LLC; UNITED TACTICAL SYSTEMS HOLDINGS, LLC; and UNITED TACTICAL SYSTEMS INTERMEDIATE HOLDINGS, LLC, |
|---|

Counter-Defendants.

## JOINT STATUS REPORT and Stipulations to Dismiss and Withdraw

On May 8, 2017, this Court ordered Real Action Paintball, Inc., Blumenthal, and Piell to file a status report regarding the impact the settlement they reached on May 4, 2017 has on this proceeding. (Doc. 397.) That settlement released all claims among Real Action Paintball, Inc., Tran, Blumenthal, and Piell. The parties here by stipulate to:

- dismissal with prejudice and without costs of all counterclaims asserted against Blumenthal and Piell only, it being expressly understood that all counterclaims against all other Counter-Defendants remain and are not affected by the dismissal against Blumenthal and Piell;
- withdrawal of Blumenthal and Piell's Motions for Partial Summary Judgment and for extension of time (Dkts. 384, 389), and Real Actions' Motion for extension of time (Dkt. 393); and
- withdrawal of Real Action's Motion to Disqualify Michael Blumenthal (Dkt. 327).

Dated: May 15, 2017           By:   //ss//
                              Paul B. Overhauser (phv)
                              Attorneys for Defendants/Counter-claimants
                              REAL ACTION PAINTBALL, INC. and K.T. TRAN


Dated: May 15, 2017           //s// Michael L. Blumenthal
                              Counsel for Counter-
                              Defendants Blumenthal
                              and Piell