# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>Defendants. | Case No.14-cv-04050-SK<br><br>**ORDER OF DISMISSAL** |

The parties hereto, by their counsel having advised the Court that they have agreed to a settlement of this case. The parties have stipulated to the form of judgment and a permanent injunction, which this Court has approved.

**THEREFORE, IT IS HEREBY ORDERED** that this case be dismissed with prejudice.

Dated: January 2, 2019



SALLIE KIM
United States Magistrate Judge